IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Maria G. Rosas

Plaintiff,

v.

Martin O'Malley

Defendant.

Case No. 21 C 753
Magistrate Judge Holleb Hotaling

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

X   other: ORDERED that defendant's agreed motion for reversal with remand pursuant to the fourth sentence of 42 USC 405(g) is granted. The Commissioner's decision is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
X decided by Magistrate Judge Holleb Hotaling on an agreed motion to remand.

Date: 1/03/24

Thomas G. Bruton, Clerk of Court

R. Franco, Deputy Clerk